

# CIVIL MINUTE SHEET

(X) IN OPEN COURT  () IN CHAMBERS   DATE: 5/12/03   TIME: 2:30 p.m.

| | |
|---|---|
| Honorable Thomas W. Thrash | Linda Baggett, Court Reporter |
| | Sheila Sewell, Deputy Clerk |
| | |
| PAK-TEC, INC. | Richard Horder, Kirk Linquist, Marshall Lindsey |
| vs | 1:03cv1249-TWT |
| IMAJE INK JET PRINTING CORP., et al | Carey Ichter Alice Chopin, Chris Anulewicz |

HEARING/PRE-TRIAL/TRIAL/EVIDENCE: Court heard from counsel on plaintiff's Motion for TRO. The Court DENIED the motion for reasons stated on the record. All proceedings STAYED for 30 day. Parties urged to use this 30 day period to mediate this to a hopeful resolution. Mr. Ichter to prepare order.

Court adjourned at 4:10 p.m. until
(x) until further order


Exhibits returned to counsel for () plaintiff(s) () defendants(s) () Court Reporter
() Exhibits retained by the Court