FILED IN C.... ....ICE    1

1          UNITED STATES DISTRICT COURT    MAY ... ....  *W*
            NORTHERN DISTRICT OF GEORGIA
2               ATLANTA DIVISION    LUTH.... ...., .... Clerk
                                    By:    *W.Ross*
3                                          Deputy Clerk

4   PAK-TEC, INC.,                 )    DOCKET NO. 1:03-CV-1249-TWT
    A NORTH CAROLINA CORPORATION,  )
5                                  )
              PLAINTIFF,           )    ATLANTA, GEORGIA
6                                  )    MAY 12, 2003
         V.                        )
7                                  )
    IMAJE INK JET PRINTING         )
8   CORPORATION N/K/A IMAJE U.S.A.,)
    A GEORGIA CORPORATION; IMAJE   )
9   S.A., A FRENCH CORPORATION,    )
                  DEFENDANTS.      )
10

11

12          TRANSCRIPT OF HEARING ON PLAINTIFF'S MOTION FOR
                    TEMPORARY RESTRAINING ORDER
          BEFORE THE HONORABLE THOMAS W. THRASH, JR.
13                UNITED STATES DISTRICT JUDGE

14

15  APPEARANCES:

16  FOR THE PLAINTIFF:              KURT E. LINDQUIST II
                                    C. MARSHALL LINDSAY
17                                  RICHARD A. HORDER
                                    ATTORNEYS AT LAW
18

19  FOR THE DEFENDANTS:             CARY ICHTER
                                    CHRISTOPHER S. ANULEWICZ
20                                  ALEXANDRA E. CHOPIN
                                    ATTORNEYS AT LAW
21

22  COURT REPORTER:                 LINDA W. BAGGETT
                                    2194 U. S. COURTHOUSE
23                                  ATLANTA, GEORGIA  30303-3361
                                    (404) 215-1558
24

25  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
    PRODUCED BY COMPUTER.